UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD W. PEPYNE, JR., | * |
| | * |
| Petitioner, | * |
| | * Civil No. 16-11766-IT |
| v. | * |
| | * |
| COMMONWEALTH OF MASSACHUSETTS, | * |
| | * |
| | * |
| Respondent. | * |

ORDER

May 25, 2017

TALWANI, D.J.

Petitioner/Appellant had filed an <u>Affidavit Accompanying Motion for Permission to Appeal *In Forma Pauperis*</u> [#34], which this court construes as a motion pursuant to Fed. R. App. P. 24(a). The Motion is ALLOWED. The clerk is directed to forward a copy of this order to the United States Court of Appeals for the First Circuit.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge